ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:26-po-00120-CDB |
|---|---|
| Plaintiff, | [Citations # E2674877/ E2674813 / E2152141/CA10] |
| v. | |
| ANDREW J. WALTON, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case 5:26-po-00120-CDB, Citations # E2674877/ E2674813 / E2152141/CA10 against ANDREW J. WALTON, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 28, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

1

**O R D E R**


IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00120-CDB, Citations # E2674877/ E2674813 / E2152141/CA10 against ANDREW J. WALTON be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

_____

UNITED STATES MAGISTRATE JUDGE

2

U.S. v. WALTON
Case No. 5:26-po-00120-CDB